# The Law Offices of Jason Goldman

275 Madison Avenue, 35th Floor
New York, New York 10016
www.jasongoldmanlaw.com

Jason Goldman, Esq.
Principal Attorney
Admitted in NY & NJ

p. 212.466.6617
f.  212.931.6328
e. jg@jasongoldmanlaw.com

January 13, 2026

The Court hereby adjourns the *Curcio* hearing to Monday, February 9, 2026, at 2:00 PM. Defense counsel is respectfully requested to advise Mr. John Buza, standby CJA counsel, of the date change. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 38.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 13, 2026

**BY ECF**
Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Derrick Van Yeboah*, 23-CR-263 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

I represent the Defendant in the above captioned matter.  Earlier today, I was sent out to begin a trial in the matter of *People of New York v. Steven Cabrera* (N.Y. County, Ind. No. 73579-24).  This matter is in front of Judge Lantry in Part 99 of New York County Supreme Court, located at 111 Centre Street.  We were informed by Judge Lantry that jury selection will continue into tomorrow.  In turn, counsel will not be available for the conference set in this matter for 10:00 a.m. tomorrow.  I am next available from 2/3/26 through 2/9/26.  I apologize for this late notice and remain available for the Court.

Respectfully,

Jason Goldman

CC.     All Parties (ECF)