UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

      -against-

DERRICK VAN YEBOAH,

               Defendant.

23-cr-263 (AS)

REVISED
SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

Due to an unforeseen scheduling conflict, the Court hereby adjourns the Curcio hearing as to Derrick Van Yeboah to Friday, February 27, 2026, at 10:00 AM. Defense counsel is respectfully requested to advise Mr. John Buza, standby CJA counsel, of the date change.

      SO ORDERED.

Dated: February 4, 2026
      New York, New York

                               ARUN SUBRAMANIAN
                         United States District Judge