UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT A

Character Reference Letter

Submitted as an Exhibit

Mrs. Maya Boateng
Flat 56 Binley House
Highcliffe Drive
London SW15 4PY
United Kingdom

6 March 2026

The Honorable Judge Subramanian
United States District Judge
Southern District of New York

Dear Judge Subramanian,

My name is Mrs. Maya Boateng, and I am writing in support of Derrick Van Yeboah. I know Derrick as a family friend, and I have known him for several years.

Whenever my children travel to Ghana, we always make time to visit Derrick and his family. My children have spent time with them during these visits, and Derrick and his family have always welcomed them warmly. As a mother, it gives me great comfort knowing that my children are around people who treat them with kindness, respect, and care.

I understand that Derrick has been charged with a serious federal crime and that he has accepted responsibility for his actions by pleading guilty. I recognize the seriousness of the situation, but I also feel it is important for the Court to know the person I have come to know over the years.

In my experience, Derrick has always shown himself to be a kind, respectful, and decent man who cares deeply about his family and the people around him. The way he and his family welcome my children and make them feel comfortable and supported has always stood out to me. These experiences reflect his caring nature and the good values he holds.

Derrick has also had a positive influence on my life by showing the importance of family, kindness, and supporting others. From everything I have seen, he is someone who truly cares about those around him.

While I understand the seriousness of the offence, I sincerely believe Derrick deserves a second chance. I respectfully ask the Court to consider a lenient sentence so that he may have the opportunity to rebuild his life and be reunited with his family and his young children as soon as possible.

Thank you for taking the time to consider my letter.

Respectfully,

Mrs. Maya Boateng

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT B

Character Reference Letter

Submitted as an Exhibit

 **Outlook**

---

**Character Letter for Derrick Van Yeboah.**

---

**From** Derrick Nana Yeboah <derico123.dny@gmail.com>
**Date** Mon 3/9/2026 8:28 PM
**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

My name is Nana Kwame Yeboah. I am writing this letter to express my support for Derrick Van Yeboah. I have known Derrick for many years as a close relative and family member, and during this time I have come to know him as a respectful, responsible, and caring person.

I understand that Derrick has been charged with a serious federal crime and that he has pleaded guilty and accepted responsibility for his actions. I recognize the seriousness of the situation and the legal process he is going through.

From my experience with Derrick over the years, I have always known him to be a good and decent person. He has shown kindness and generosity to many people around him. Derrick has always been someone who is willing to help others whenever he can, whether it is supporting family members in difficult times or offering guidance and encouragement to friends. He is devoted to his family and cares deeply about the well-being of those close to him.

Derrick has also had a positive influence on my life. His determination, hard work, and willingness to support others have been an inspiration to me. I have personally seen how much he values family, responsibility, and doing the right thing. These qualities have always stood out to me and to many people who know him.

Despite the seriousness of the crime, I am confident that Derrick is deserving of a lenient sentence and a second chance. I strongly believe he should be given the opportunity to rebuild his life and to be reunited with his family and his young children as soon as possible. Derrick has learned from this difficult experience, and I believe he will come back stronger and committed to making positive contributions to his family and society.

Thank you for taking the time to consider my letter and my sincere support for Derrick Van Yeboah.
Sincerely,
Nana Kwame

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT C

Character Reference Letter

Submitted as an Exhibit

 **Outlook**

**Character Reference Letter for Derrick Van Yeboah**

From EUGENIA NANA ANTWI <eugeniananaantwi@gmail.com>
Date Fri 3/6/2026 6:20 PM
To    jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

Date: 6/03/26

Judge Arun Subramanian
United States District Judge
Southern District of New York

Dear Judge Subramanian,

My name is Eugenia Antwi , and I am writing this letter on behalf of Derrick Van Yeboah. I have known Derrick for 3years , and I know him as a friend. I understand that Derrick has been charged with a serious federal crime and that he has accepted responsibility by pleading guilty. I recognize the seriousness of the situation and the importance of accountability under the law.

Throughout the years that I have known Derrick, I have experienced him as a kind, generous, and responsible person. He takes care of the less privilege and also takes care of  orphans. These experiences have shown me that Derrick is fundamentally a good and caring individual. Derrick has also had a positive influence on my life. He supports me through my difficult times.His presence has made a meaningful difference in my life and in the lives of many people around him.

While I fully recognize the seriousness of the offense, I sincerely believe that Derrick deserves compassion and the opportunity for redemption. I respectfully ask the Court to consider a lenient sentence that will allow him the chance to rebuild his life and reunite with his family and his young children as soon as possible. I am confident that Derrick will use this second chance to continue growing and to make positive contributions to those around him.

Thank you for taking the time to consider my perspective.

Yours  Faithfully,

Eugenia Antwi

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT D

Character Reference Letter

Submitted as an Exhibit

To:
The Honorable Judge Subramanian
United States District Judge
Southern District of New York

**Subject: Character Reference Letter For Derrick Van Yeboah**

Dear Judge Subramanian,

My name is Armah Simon, and I am writing on behalf of my cousin, Derrick Van Yeboah. Derrick is not only my blood relative but also someone I have had the privilege of working with as my boss. Because of both our family and professional relationship, I have known Derrick very closely for many years and have personally witnessed the kind of person he truly is.
I fully understand that Derrick has been charged with a serious federal crime and that he has accepted responsibility by pleading guilty. I respect the seriousness of this matter. However, I also know that this situation does not represent the true character of the man I have known my entire life.

Derrick is one of the most generous and compassionate people I know. He has always been someone who helps others without expecting anything in return. Many people in Ghana have benefited from his kindness and support over the years. He has consistently helped families in need and made donations to people in who were struggling. What makes his actions truly meaningful is that he never seeks recognition or repayment,he simply helps because he genuinely cares about others.
In my life, Derrick has been a strong and positive influence. As both my cousin and my employer, he has always encouraged me to work hard, stay focused, and believe in myself. He has supported not only me but many others around him, often putting the needs of others before his own.

Despite the seriousness of this situation, He is a good man who has done a great deal of good for others, and I believe he deserves the opportunity to reunite with his family and young children as soon as possible so he can continue to be the father, provider, and positive influence that they need. Thank you for your time and consideration.

Respectfully,
Simon Armah.



8th March,2026

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT E

Character Reference Letter

Submitted as an Exhibit

Dorcas Naa Dedei Mensah
J1 Kasoa-Awutu Senya
Kasoa, Ghana. +233
544227277
hammonddorcas33@yahoo.com
2026-03-06

Judge Subramanian
United States District Court
Southern District of New York

**CHARACTER LETTER FOR MR. DERRICK VAN YEBOAH**

Dear Judge Subramanian**,**

My name is Dorcas Naa Dedei Mensah a childhood friend of Mr. Derrick Van Yeboah, and I am writing this letter to provide insight into the character of Derrick Van Yeboah. I am a Civilian employee, and I have known Derrick for 20years.

I am fully aware that Derrick has been charged with a serious federal crime. I understand that he has pleaded guilty to these charges and has accepted full responsibility for his actions. In the time I have known Van, I have always found him to be a fundamentally good and decent person. At a point in my life and that of my family my dad lost his eye sight due to glaucoma and also lost his Job in the year 2006 when I was in Junior High school form 3 preparing myself for my final general exams known as the West African Examination Council (WACE) also having accommodation issues and we needed assistance Mr. Derrick Van Yeboah stepped in by paying my tuition fee right from my Junior high Level to me completing my Bachelor's degree in Business Administration, not only did he Van help with my tuition but also rented an apartment for myself and the family and give both my dad who is blind and mom monthly allowance to keep them afloat and well taken care off even till date, he saw my needs and helped my family without being asked. Van's generosity extends to lots of people such as widows in the community, orphans, less privileged and even to his church. Van's empathy spreads across board and this experience showed me that he is someone who truly cares about others.

I am a university graduate today solely because of Mr. Derrick Van Yeboah. His support went far beyond occasional help; he took it upon himself to see me through my entire education, ensuring I had the tools to build a future. Beyond my schooling, he provided a safe home for my family by renting an apartment for us and has consistently provided monthly allowances to support my aging parents especially my dad who is blind. Van didn't do this for recognition; he did it because he cares deeply about the stability and well-being of those around him. This level of sustained responsibility shows the true heart of the man I know."

Van's support for my family is not a recent gesture; it began during our darkest hour. In 2006, my father tragically lost his sight, leaving our family in a state of extreme vulnerability. For nearly two decades, Derrick has stepped in to fill that gap. He didn't just pay for my education; he provided the roof over our heads and ensured my blind father and mother never

went without their basic needs. To me, Derrick is not just a friend; he is the reason my family survived one of the most difficult challenges a household can face."

Mr. Derrick  Van Yeboah's has had a significant positive impact on my life and the lives of others, many of us are graduates today and are in a better place and position because he stepped in and helped us when families couldn't. Today I am confident and the first graduate amongst my siblings.

Despite the seriousness of his crime, I am confident that Derrick is deserving of a lenient sentence and a second chance. He is deeply committed to his family, and I believe it is vital for him to have the opportunity to be reunited with his family and young children as soon as possible. I truly believe he has the character to learn from this and contribute positively to society in the future.

Thank you for your time and for considering my thoughts on Derrick's character.

Sincerely,
**Dorcas Naa Dedei Mensah**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT F

Character Reference Letter

Submitted as an Exhibit

Dorencia Yeboah
Accra Ghana
dorenciabiamah@gmail.com
(+233)0546757675


The Honorable Judge Arun Subramanian
United States District Court
Southern District of new York


RE:Character Reference For Derrick Van Yeboah.

Dear Honorable Judge

My Name is Dorencia Van Yeboah Sister of Derrick Van Yeboah.As his younger sister I have known him my entire life My Brother is a Good man. I was deeply troubled to learn of his current legal situation which I know he will take responsibility of. This case does not reflect the man I know—a responsible, compassionate, and resilient individual who has consistently overcome challenges to build a better life for himself and those around him.Dear judge a lot of homeless kids are in school today because of Derrick Van Yeboah,He does not only pay for their fees but also gave them a shelter,There are alot of widows I got to know through my brother whom he takes care of. He has no criminal record or ever got into fights back home. Derrick has always been a pillar of strength for our family and the wider community. Growing up I have always look up to my Brother Because he is a giver and a lover of God.Derrick Van Yeboah has helped soo many people and I bet his absence is deeply felt within our family and community.On December 23,2025 an old lady from his community came to me asking where is Mr Van ? Have been waiting for him to call us for our Christmas presents just as he does to us every year she said she has waited for long so she had to come and ask where Mr Van is gone to. I was actually sad to answer her but I as I told her about Derrick Van Yeboah the only thing the old woman said she was going to spend Christmas without food because Mr Van as they passionately call him is not around.A lot of children will be helpless and homeless if Derrick Van Yeboah is being kept for long, widows are wailing,the disabled men and women are begging for him to be given a second chance,the street Children misses him so much kindly have Mercy on him.He's had an impact on many life's.He is Generous and Decent.Derrick Van Yeboah funded my 4 years through nursing training, today am able to save lives all because I had a Senior Brother who supported and made me believe I can make it .
Despite the seriousness of his crime I personally think he deserves a lenient Sentence and a Second chance to reunite with his family and younger children and to continue the good works he does back home.Am teary as I plead to you in the name of our lord Jesus Christ that you have Mercy and give Derrick Van  Yeboah a Second chance.Thank you for listening to my humble request.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT G

Character Reference Letter

Submitted as an Exhibit

To:

The Honorable Judge Subramanian

United States District Judge

Southern District of New York

**Subject: Character References For Derrick Van Yeboah**

Dear Judge Subramanian,

My name is Emmanuel opoku Nyarko, a Missionary(NGO) and also a professional Teacher residing in Accra, Ghana. I have known Mr. Derrick for over 15 years, initially through mutual friends in our local community and later as brother in-law. We have spent considerable time together in social and family settings, and I have known personally over the years.

I fully understand that Derrick has been charged with a serious federal Offense, for which a case was brought against him in the United States. I am aware that he has pleaded guilty to the charges and has accepted full responsibility for his actions.

For years I have known Mr. Derrick, he has consistently shown himself to be a good and decent person in his personal life. He has always been generous with his time and resources—whether helping neighbors during difficult times, or assisting friends and family in need without expecting anything in return. Personally he has help our (NGO) and in my training expenses. He is known for his kindness, loyalty and respectful demeanor toward others, including elders in our community. These qualities have endeared him to many who know him personally.

Derrick has had a positive influence on my life by serving as a reliable friend and brother in-law who offers sound advice, encouragement during challenging moments, and genuine support. His presence has reminded me of the importance of compassion and helping others.

Despite the seriousness of the Offense, I am confident that he is deserving of a lenient sentence and deserving of a second chance. I believe he has learned from this experience and is committed to making amends. He has young children and a family who depend on him, and I respectfully ask that the Court consider granting him the opportunity to be reunited with his family and young children as soon as possible, so he can rebuild his life responsibly.

Thank you for taking the time to consider and for your careful attention to his sentencing.

Respectfully submitted,

Emmanuel Opoku Nyarko

9th March 2026

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT H

Character Reference Letter

Submitted as an Exhibit

Mr Leslie Ayiku
Accra ,Ghana
ayiku18@gmail.com
0552541028

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York

RE:Character Refrence for Derrick Van Yeboah.

Dear Honorable Judge

My name is Mr Leslie Ayiku who is a  brother in law of Derrick Van Yeboah .For some years after knowing Derrick Van Yeboah when I got married to his sister and joined his beautiful family .Upon knowing Derrick Van Yeboah I realized I met a man who was attuned to others emotions ,and genuinely want to make people feel happy and valued regardless of your status and effortlessly a good man in all his doings without trying to prove it .

Upon hearing the pending case against him that he had pleaded guilty to the charges against him was not new to me because he is a man of substance who takes responsibility for his actions with the years I have known him.He is a man who really and strictly values and takes up  responsibility being it good or bad as naturally genuine as he is .His acceptance of the charges is a true reflection of his genuine natural traits of not ever wanting to harm anyone .

Furthermore,my years of experience with Derrick Van Yeboah  is such beautiful one that words can't explain the kindness,warmth,good,loving and decent person he is .My several encounters with him left me stunned with the passionately good works and help he was offering to the needy and widows  in the community in which he lived .I realized a lot of souls depended greatly on him for survival and I can't just sit back and think through for a second the brilliant but needy students that might drop out of school with his absence currently .This very students had hopes and aspirations to become very hopeful and useful in the society all because they knew a man Derrick ck Van Yeboah will come through for them to make this dreams possible even in his lowest point.

Also ,Derrick Van Yeboah personally took me as a junior brother who always advise me as his own .Sometime ago about two years ago when I gave birth to my little daughter who had a complex heart complication and I was down financially ,and all hope was lost Mr Derrick Van Yeboah personally took care of the surgery bill to enable my child gain life I thought I lost her and wouldn't know what I will do if I lost that life because I didn't know what that child will grow up to become in society and the world ..But all thanks to Mr Derrick Van Yeboah my child has life again and doing perfectly fine …
He is such a good man Mercy I plead on his behalf .

To conclude ,Despite his pending trial I plead  a lenient  sentence and a second chance to be part of society and his family again ,to continue his good humanitarian

works and restore hopes to the lives that solely depend on him for their future and survival ,It is my plead that he gets a second chance .

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT I

Character Reference Letter

Submitted as an Exhibit

**To:**
The Honorable Judge
United States District Court

**Subject:** Character Reference Letter for Mr. Derrick Yeboah

Dear Honorable Judge,

My name is Suzana Ansah. I am a teacher of young children in a school, and I have known Mr. Derrick Yeboah for approximately five years through my work in the school and interactions within the community.

During this time, Mr. Derrick Yeboah has demonstrated himself to be a generous, kind, and caring individual who is always willing to support others. He has contributed positively to the development of our community. For example, he has organized young men in the community to help repair damaged and untarred roads in the area, which has improved safety and accessibility for residents, especially school children.

Mr. Yeboah has also shown great concern for the welfare of children and families. He encourages young people and is always ready to lend a helping hand to those in need. In addition, he has supported individuals who require medical assistance, including those in need of surgery. In my experience, he is respectful, responsible, and deeply committed to the well-being of the community.

While I understand the seriousness of the matter before the Court, I respectfully present my observations of his good character and contributions to society. I sincerely hope that these qualities will be taken into consideration.

Thank you for your time and consideration.

Yours faithfully,
**Suzana Ansah**
Ghana (West Africa)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT J

Character Reference Letter

Submitted as an Exhibit

Abigail Opare

Accra, Ghana

Date: 12th April 2026

To:

The Honorable Judge Subramanian

United States District Judge

Southern District of New York

Subject: Character Reference Letter for Derrick Van Yeboah

Dear Judge Subramanian,

My name is Abigail Opare, and I am an entrepreneur based in Accra, Ghana. I have had the privilege of knowing Derrick Van Yeboah for over fifteen years, and I am writing to share my personal experience of his character.

In 2015 when I was going through a difficult period in my life .Derrick opened his home in dansoman and accommodated me for two years, During this time he provided me with food, clothing and accommodations without making any form of demands from me.

Derrick is someone who consistently goes out of his way to help those in need. He is deeply committed to supporting family, friends, and even strangers, often sacrificing his own comfort to assist others. His kindness, compassion, and willingness to serve make him a remarkable and trustworthy individual. While I understand the seriousness of the offense for which Derrick has

taken responsibility, I respectfully ask the Court to consider his good character and positive contributions to the lives of those around him. I believe that his humble, caring, and obedient nature reflect his true character and merit leniency. Allowing him the opportunity to rebuild his life would benefit not only his family but also the community he has long supported.

Thank you for giving careful consideration to my views.

Abigail
Signed.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT K

Character Reference Letter

Submitted as an Exhibit

**Benjamin Azu-Crabbe**
P.O. Box 550 Sekondi

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York

**RE: Character Reference for Derrick Van Yeboah**

Dear Honorable Judge,

My name is Benjamin Azu-Crabbe, and I have had the privilege of knowing Derrick Van Yeboah for approximately fifteen years. Over the course of this time, I have come to know him not only as a friend but as a man of exceptional character, and I write this letter with full confidence in what I attest to.

I understand that Derrick has been charged with a serious federal offense and that he has accepted responsibility by pleading guilty. While I fully appreciate the gravity of the matter before the Court, I feel compelled to speak to the Derrick Van Yeboah I have known throughout these many years — a man of calm disposition, deep generosity, and sincere care for those around him.

Throughout our friendship, Derrick has consistently demonstrated remarkable composure and patience. I have never known him to be combative or reckless in his conduct. On the contrary, he has always carried himself with quiet dignity and a calm temperament that has earned him the respect of all who know him. Even in difficult circumstances, he handles himself with a levelheadedness that many aspire to.

One area in which Derrick's character has been most evident to me personally is in his encouragement of my educational journey. On countless occasions, he took the time to motivate me, check on my progress, and remind me of the importance of education as a foundation for a better future. His words were never hollow — they came from a genuine desire to see those around him succeed. I am certain that I am not alone in this experience, as Derrick has always made it his business to uplift the people in his circle.

Beyond words of encouragement, I have personally and repeatedly witnessed Derrick extend tangible support to people in need. On numerous occasions, I have seen him assist individuals and families with rent advances and school-related expenses — and notably, he did so without any expectation or demand for repayment. His generosity was never performative; it was simply who he is. Many families in our community have been able to keep a roof over their heads or keep their children in school because of his quiet and consistent acts of kindness.

I offer this letter not to diminish the seriousness of the matter before the Court, but to provide a fuller picture of the man that Derrick Van Yeboah is. He is a person of good heart who has made a meaningful and positive difference in the lives of many people around him.

I respectfully ask the Court to consider his character, his many acts of generosity, and his role as a father and community member when determining his sentence. I sincerely believe that Derrick deserves a lenient sentence and the opportunity to return to his family and continue to be a positive presence in the lives of those who depend on him.

Thank you for your time and kind consideration.

Yours sincerely,


**Benjamin Azu-Crabbe**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT L

Character Reference Letter

Submitted as an Exhibit

 **Outlook**

## Character Reference for Derrick Van Yeboah

**From** Josh Nii Gyan Fennyberl <joshfennyberl@gmail.com>

**Date** Sun 3/8/2026 11:15 PM

**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

Joshua Nii Gyan Fennyberl

Accra Ghana

joshfennyberl@gmail.com

The Honorable Judge Arun Subramanian

United States District Court

Southern District of New York

RE: Character Reference for Derrick Van Yeboah

Dear Honorable Judge,

My name is Joshua Nii Gyan Fennyberl, and I have known Derrick Van Yeboah and his family for approximately ten years.

I understand that Derrick has been charged with a serious federal offense and that he has accepted responsibility by pleading guilty. While I recognize the seriousness of the matter, I would like to share my experience of Derrick's character over the years.

Throughout the time I have known Derrick, he has always demonstrated kindness, generosity, and respect for people from all walks of life. He is someone who treats others with humility and compassion, regardless of their background or status.

One experience that stood out to me occurred when a few friends and I were involved in a heated argument in our community. Derrick happened to be passing by and noticed the situation. Although the matter had nothing to do with him, he stopped, stepped out of his car, and calmly spoke to us about the importance of avoiding unnecessary conflict. He encouraged us to focus on education, use our time productively, and support one another as members of the community. His willingness to intervene in a positive way left a strong impression on us and showed his genuine concern for others.

I have also personally witnessed Derrick supporting families in need by helping to pay school fees for children in the community. His assistance made a meaningful difference to those families, allowing children who might otherwise have been forced to leave school to continue their education. Many of those families still speak of his generosity and kindness.

Derrick has been an inspiration to me and to others who know him. His charitable spirit and commitment to helping those in need have encouraged many of us to be more supportive members of our community. He has always demonstrated the importance of staying humble and using one's success to uplift others.

While I understand the seriousness of the offense, I sincerely believe that Derrick is a good person who has positively impacted many lives. I respectfully ask the Court to consider his character, his contributions to the community, and his role as a father and family member when determining his sentence. I believe he deserves a lenient sentence and the opportunity to reunite with his family, community, and young children as soon as possible.

Thank you for your time and consideration.


Yours sincerely,

Joshua Nii Gyan Fennyberl

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT M

Character Reference Letter

Submitted as an Exhibit

Joana Van Yeboah
Accra Ghana
Joanayeboah1234@gmail.com
(+233)0243407359


The Honorable Judge Arun Subramanian
United States District Court
Southern District of new York


RE:Character Reference For Derrick Van Yeboah.

Dear Honorable Judge

I am writing this letter on behalf of my son , Derrick Van Yeboah ,My name is Joana Van Yeboah , and it is with a heavy heart but also with hope  and faith that I reach out to share my insights into his character.I know there is a federal charge against him but as a mother all I can say is my son has always been a good child.I am a Deaconess in the church Dispensational Gospel Mission where my son has been a pillar in church ever since,he used to play the piano in the church and also helped with a lot of church activities both financially and physically.
 From an early age , Derrick has always shown a deep empathy for others and a willingness to help those in need even if he doesn't have the means to he will go all out . One instance that stands out to me occurred when he was just 10 , I used to take him to the market at a place called Kaneshie market in Ghana as soon as we get there he will quickly rush and give all the food money given to him by his father to the amputees and street children,which really made everyone in the market called him a giver.
Derrick is the eldest among 4 children,His calm demeanor and the love he has for God made his younger siblings also took the same traits by loving God and being humble.I trained my son and brought him up well
Dear Hon Judge Arun I am on my knees pleading with you in the name of God please be lenient with my son please give him a second chance I miss him very much.His wife and children miss him very much.

Thank you.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT N

Character Reference Letter

Submitted as an Exhibit

Daniel Kwame Yeboah
+233(0244625872).

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York.


Dear Honorable judge
My name is Mr Daniel Kwame Yeboah,I am writing to express my support for my son Derrick Van Yeboah who is before you.As a father I have seen my son grown into a responsible,kind and hardworking young man whom i have always been proud of.
Derrick is a good son who has been a source of pride for our family.Though am his father he's had so many impacts on me he sometimes go with me to the orphanage homes he mostly donates to every year.My son has always been devoted to his children and everyone around him especially his community and how he takes care of orphans especially.
I know my son has been charged with a serious offense.But I also believe in his potential for redemption.I know my son is remorseful for what he did.Not seeing my son for this long is worrying my health.
I humbly request that you consider his character and the impact of his absence on the community,his younger children who are yearning to see their dad.
Dear Honorable Judge it is my plea that you temper justice with mercy and give my son a second chance and also a very lenient sentence.Thank you for listening to my plea.

Yours sincerely
Daniel Kwame yeboah.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT O

Character Reference Letter

Submitted as an Exhibit

Judge Arun Subramanian
United States District Court
southern District of New York.

Dear Honorable Judge,

My name is Judith Agyei, and I am a beautician by profession. I am writing to provide insight into the character of Derrick Van Yeboah, whom I have known for over 15 years. He is the older brother of my close friend, Dorencia Yeboah, and we met in high school at Komfo Anokye High School. Over time, Derrick has become like a big brother to me, and I've had the opportunity to spend holidays at his home.

My husband and I, who now reside in the United Kingdom, were saddened to hear about the charges against him. However, we are compelled to add our voices in support of Derrick, hoping for a positive outcome.

I am aware that Derrick has pleaded guilty to serious federal charges,  and I acknowledge that he has taken responsibility for his actions.

Throughout our relationship, I have observed Derrick to be a hardworking individual, a generous member of the community, and a devoted father to his children and those around him.

I recall instances in high school where he prioritized others' needs over his own , even going without food to make others smile. He would buy food for kids in the community every morning before work.He has a friend called oboezy who died by accident and Derrick Van Yeboah has been taking care of the only child his friend left behind. Honorable such a man deserves a second chance so he can come back and help with taking care of the poor orphan .

Derrick has been a positive influence in my life since high school. When I was struggling financially, he supported me with what he could afford, helping me pursue my education.

I am concerned about the impact of his absence on his family, particularly his young children, who rely on him emotionally and financially. I believe Derrick is deserving of a second chance and that with a lenient sentence, he can return to being a productive member of society and reunite with his family as soon as possible.

I am available to discuss this further if the court has any questions.

Thank you.

Sincerely,
Judith Agyei

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT P

Character Reference Letter

Submitted as an Exhibit

Frank Asante

MARCUS AND MARCUS COMPANY LIMITED

United Kingdom

07903983681

KWAKUASANTENI@GMAIL.COM

15 – 03 – 2026


Judge Subramanian

United States District Court

Southern District of New York


**CHARACTER LETTER FOR MR. DERRICK VAN YEBOAH**

Dear Judge Subramanian,

I am Mr. Frank Asante, a wellness coach and a support worker in the United Kingdom, and I am writing this letter to provide information about the character of Mr. Derrick Van Yeboah. I have known Mr. Yeboah since 2018.

I am aware Mr. Yeboah has been charged with federal crime. I also understand Mr. Yeboah has pleaded guilty to the charges against him and he has shown remorse for his actions.

Mr. Yeboah was a neighbor during my stay in Ghana, he's a good father, loving husband and very patriotic. Many people in the neighborhood call him father for all because he's very generous and affable. I met him in one of our neighborhoods clean up and keep fit exercises. I became his personal trainer. Mr. Yeboah treated me with the utmost respect and always welcomed me into his home like a brother and not his personal trainer. Mr. Yeboah saw a lot in me and was willing to assist me further my education to secure my masters. Mr. Yeboah counseled me on numerous occasions about the dangers of being a young personal trainer and professionalism, which I hold in high esteem today.

Mr. Yeboah is a generous man, his generosity extends to lots of people including orphans, less privileged and the elderly. Mr. Yeboah supports a widow in the neighborhood and provides her with essentials for her upkeep. Mr. Yeboah is a person who thinks about the welfare of others and not just himself. Mr. Yeboah is present in every communal activity and

exercise. He supported the community with a well laid drainage system to avoid floods in the neighborhood. As a gesture of his goodwill and selfless act, the neighbors hold him in high esteem.

Mr. Yeboah is a genuinely caring individual, and I am committed to supporting him through this challenging time as he works toward becoming a better person. I have no doubt that he will continue to be a positive contributor to our community. I believe that with the right support, Mr. Yeboah will fully rehabilitate and avoid future issues. Please feel free to contact me if you require any further information.


Sincerely,

**Mr. Frank Asante**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT Q

Character Reference Letter

Submitted as an Exhibit

TO

The Honorable Judge Subramanian

United States District Judge

Southern district New York

Subject: Character Reference for Derrick Van Yeboah

Dear Judge Subramanian,

My name is Prince Adu Poku, am into building construction who lives  in Awoshie Accra, Ghana and I have known Derrick Van Yeboah professionally and personally for over 20 years. He worked with me on various community and small business initiatives, where he demonstrated reliability and skill.

I understand Derrick has pleaded guilty to federal charges and has taken full accountability for his actions.

In our interactions, Derrick proved himself honest, hardworking, and trustworthy. For instance, when we collaborated on a local project facing funding shortfalls, Derrick volunteered extra time without compensation and ensured every detail was handled ethically. He often went out of his way to help colleagues and community members succeed, showing integrity even in challenging situations. About 3years ago our Church wanted to construct a home for those who are homeless (Adults and children) which I told Derrick about and he quickly Contributed alot and supported Financially to finished the building. He also support us to take care ot the people we are housing now.

Derrick's influence encouraged me to prioritize fairness in my own work. He has been a positive force, motivating those around him.

While I recognize the offense's severity, I firmly believe Derrick merits leniency and an opportunity for redemption. He has expressed genuine regret and is committed to positive change. His young family relies on him, and a lenient sentence would enable him to return home quickly, contribute responsibly, and support his children.

I appreciate your thoughtful consideration.

Sincerely,

Prince adu Poku

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT R

Character Reference Letter

Submitted as an Exhibit

Pastor Benjamin Mensah

Head Pastor

The Church of Pentecost, Hungary

Petnehazy ut 35–47

Budapest, Hungary

Honorable Judge Subramanian

United States District Judge

Southern District of New York

Dear Judge Subramanian,

Re: Character Letter for Derrick Van Yeboah

My name is Pastor Benjamin Mensah, and I serve as the Head Pastor of The Church of Pentecost in Hungary. I have known Derrick Van Yeboah for many years and have come to know him not only as a member of the Christian community but also as someone I consider like a son. I have a very close relationship with him and his family, and whenever I travel to Ghana, I stay with them in their home.

I understand that Derrick has been charged with a serious federal offense and that he has accepted responsibility by pleading guilty. While I recognize the seriousness of the situation, I would like to share my experience of Derrick's character and the kind of person I have known him to be.

Derrick is a devoted father to his four children, three girls and a boy—and he takes great pride in caring for them. I have personally witnessed how dedicated he is to his family. He regularly takes his children to and from school, and on weekends he spends time with them at playgrounds and ensures they attend church on Sundays. His commitment to raising his children with strong values is something that stands out to everyone around him.

In the community, Derrick is known for his kindness and generosity. Many neighbors speak highly of him because he is always willing to help those in need. During occasions such as Easter and Christmas, he organizes food donations for widows and families who are struggling in the community. These acts of compassion reflect the values he tries to live by.

On a personal level, Derrick has always shown deep respect for faith and family. Whenever I am visiting, we pray together as a family in the mornings and before bedtime. His dedication to the Christian faith and his efforts to live according to its teachings have influenced those around him and inspired many in his community.

Despite the seriousness of the offense, I firmly believe that Derrick is a good man who has made a mistake but deserves the opportunity for redemption. I respectfully ask the Court to consider his

character, his dedication to his family, and the positive influence he has had on those around him. I believe he is deserving of a lenient sentence and a second chance so that he may return to his family and continue to care for his young children as soon as possible.


Thank you for taking the time to consider my letter.


Sincerely,

Pastor Benjamin Mensah

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT S

Character Reference Letter

Submitted as an Exhibit

The Honorable Judge Arun Subramanian,
United States District Court,
Southern District of New York.

Dear Judge Subramanian,

I am Oboo Emma, the Paramount Chief of Sampa Valley Weija in Ghana. I write this letter as a character reference for Derrick Van Yeboah, a valued member of our Sampa Valley community for over 12 years. While we are aware of the charges against him, we believe the Derrick Van we know will take full responsibility for his actions.

Mr. Van has been a blessing to our community more than a neighbor, he's been a helper and a voice for the people Mr Van(Derrick Van Yeboah) have been our mouthpiece more than the Assembly member for our community,. He mobilized our youth, listened to their needs, and offered assistance wherever possible such a good man. He's cared for those struggling to afford meals and supported students, including the daughter of my brother, Kwei, who's in her final year of nursing school. Her future is now uncertain, and we fear the impact of his absence.

I recall the first time I met Derrick Van Yeboah he intervened in a dispute I was involved in and resolved it peacefully. Since then, he's been a mentor. Every child in our community knows him for his kindness His gate is always opened for everyone . We miss his presence deeply; last Christmas was sad without his usual generosity.

The people of Sampa Valley, young and old, plead for a second chance for Derrick Van Yeboah. We humbly request a lenient sentence so he may return to us and his family soon. We pray our request is granted.

Yours Sincerely,
Oboo Emma
Paramount Chief, Sampa Valley Weija, Ghana.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT T

Character Reference Letter

Submitted as an Exhibit

**20th March, 2026**

The Honorable Judge Subramanian

United States District Judge

Southern District of New York

Dear Judge Subramanian,

### CHARACTER LETTER:
### DERRICK VAN YEBOAH

I'm writing to share my thoughts about Derrick Van Yeboah, a neighbor, friend, and brother to me. Our families are close, and our wives often connect, making our bond even stronger. I've known Derrick for several years, and I've seen him grow into a compassionate and responsible individual.

I understand Derrick has pled guilty to a serious federal crime in the US and has accepted responsibility. As someone who knows him well, I want to highlight his good character.

Derrick's generosity and kindness are traits I've witnessed firsthand. He's supported orphaned children in our neighborhood with their education, inspiring me to do the same. This act of kindness showcased his commitment to giving back to the community.

We've spent countless Sundays discussing faith, politics, and African culture, showcasing his passion for making a difference. Our conversations often went late into the afternoon, and I appreciated his thoughtful insights. He's a man of strong convictions and empathy.

Derrick's positive influence on me is undeniable. We've worked together on community projects, and I've seen his compassion and commitment to helping others. He's a natural leader, and his presence has uplifted our neighborhood. I've seen him mediate disputes and offer guidance to those in need.

What's struck me most is Derrick's dedication to his family. He's a loving husband and father, and his family is his priority. I've witnessed him go out of his way to support his loved ones, often putting their needs before his own.

Given Derrick's character and contributions, I believe he's deserving of a second chance. He's shown remorse and taken responsibility for his actions. I humbly request that you consider his character and circumstances when determining his sentence. A lenient sentence would allow him to reunite with his family and continue making a positive impact.

Derrick's support for the neighborhood orphanage is something I'll always remember. He organized a fundraising event, and his enthusiasm was contagious. The event raised significant funds, and the children benefited greatly. This experience showed me his capacity for kindness and leadership.

In conclusion, I believe Derrick is a valuable member of our community, and his mistake doesn't define him. He's a complex person with many strengths. I'm confident he'll learn from this experience and continue to make a positive impact.

Thank you for considering my letter.

Sincerely,

- **SIGNED -**

**Eric Kojo Van-Ess Kuranchie**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT U

Character Reference Letter

Submitted as an Exhibit

The Honorable Judge Arun Subramanian,
United States District Court,
Southern District of New York.

Dear Honorable Judge,

My name is Kaziah Van Yeboah. Am 12years old and the first child among the four children of Mr. Derick Van Yeboah(our daddy). Please our ages are 12years, 9years, 7years and 4years. It's almost a year that we saw our Daddy(Mr Derick Van Yeboah). please we want our Daddy to come home soon.

Me being the first child of Mr Derick Van Yeboah, I have come to learn the current status of our Daddy(Mr Derick Van Yeboah). When we asked of Daddy, our mom told us he has travelled out of the country and was an emergency that was why he couldn't inform us personally as he used to. It was later that I got to hear from some of our colleagues in school that my Daddy (Mr Derick Van Yeboah) was in jail in America. So when I got back home I told my mom what happened in school, she then confirmed it was true. We haven't been ourselves since we heard that especially we the first 2 children. Some of our school colleagues now look at us in a different way all though they can't say anything to us again because those who approached us to tell us our Daddy(Mr Van Yeboah) was in jail were punished by the principal of the school.

I feel sad when ever I get back from school and my dad's presence is lost.
School activities that involve parents have been tough for me and my siblings since our daddy isn't around. We've had to go alone to events that ask for Fathers, and it's really hard.

For example, when all Fathers were invited to attend our school's Father's sports Day celebration, I felt sad thinking about how my dad couldn't be there. Same thing with parent-teacher conferences it's not the same without him.It would mean a lot to us if he could come back home soon.

This has really affected us. Please honourable judge, Our mom said aside God it is only you who can do everything in your power to bring our Daddy(Mr Derick Van Yeboah) back home to us.

Honourable judge my Daddy(Mr Derick Van Yeboah) is a good man. He takes care of others too not his family alone.He taught us to be obedient and God fearing.we miss our Daddy taking us to the play ground,we miss our Daddy Mr Derrick Van Yeboah so much.Thank you for listening to me.

Yours Sincerely
Kaziah Van Yeboah.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT V

Character Reference Letter

Submitted as an Exhibit

Agyare Ohene Samuel**,**
P.O. Box GP 13287,
Accra.
ohenesamuel942@gmail.com,
Monday,9th March,2026.

**The Honorable Judge Subramanian**
United States District Judge
Southern District of New York

Dear Judge Subramanian,
My name is Agyare Ohene Samuel, and I am writing this letter in support of Derrick Van Yeboah. I have known Derrick for 4 years as a friend. Over the years, I have had the opportunity to know him personally and observe the kind of person he is in his daily life.
I understand that Derrick has been charged with a serious federal crime and that he has pled guilty and accepted responsibility for his actions. I recognize the seriousness of the situation and the importance of accountability under the law.

Despite this difficult circumstance, my experience with Derrick has always shown him to be a kind, caring, and responsible individual. He has consistently demonstrated generosity and compassion toward others. I have personally witnessed his willingness to help people in need and to support his family and friends during challenging times. Derrick has always shown respect toward others and has tried to be a positive presence in the lives of those around him.
Derrick has also had a positive influence on my life. His encouragement, friendship, and willingness to support those close to him have made a meaningful impact on me and many others who know him. He has always valued family and community, and he cares deeply about being present for the people who depend on him.

While I fully acknowledge the seriousness of the offense, I sincerely believe that Derrick is deserving of a lenient sentence and a second chance. I am confident that he has learned from this experience and will use it as an opportunity to rebuild his life in a positive and responsible way. Derrick is a devoted family man, and I hope he will have the opportunity to be reunited with his family and young children as soon as possible so that he can continue to support and guide them.

Thank you for taking the time to consider this letter and for allowing me the opportunity to share my perspective about Derrick's character.
Respectfully,



Agyare Ohene Samuel.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT W

Character Reference Letter

Submitted as an Exhibit

**<u>CHARACTER LETTER FOR DERRICK VAN YEBOAH</u>**

My name is Kingsley Nii Lante Lamptey Jr.  I am a direct cousin to Derrick.

I recognize that Derrick has been charged with a serious federal crime for which he has pled guilty and accepted responsibility.

Derrick has been a positive influence in my life from when we were both very young and full of hope for the future. His advice and support for me to take my education very seriously has left me in a very good position, and I would pass on that same support to anyone who needs it.

Derrick has been very generous to me, not only in terms of money, but also in terms of time and attention whenever I need a listening ear and a big brother's advice. His calm demeanor always made me feel very comfortable around him.

One thing I learnt from him is his extreme love for his family – both immediate and extended. He has been such a strong pillar for most members of the family (and his friends, because I have witnessed on several occasions where he lent a helping hand).

It is quite unfortunate that he finds himself in this situation, but I would like to emphasize, this crime in no way tarnishes or summarizes his true image and the impact he's made on us back here at home. I love you, brother! And God will get us out of this one way or the other.

Despite the seriousness of the crime, I am confident that Derrick is deserving of a lenient sentence and deserving of a second chance and for the opportunity to be reunited with his family and young children as soon as possible.

Thank you.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT X

Character Reference Letters

Submitted as an Exhibit

To:

The Honorable judge Subramanian

United States District Judge

Southern district of New York

Subject: Character Reference for Derrick Van Yeboah

Dear Judge Subramanian,

My name is Akua Agyeiwaa, a Church worker in Accra, Ghana. I have known Derrick Van Yeboah professionally and personally for over 20 years. He worked with me on various community and church initiatives, where he demonstrated reliability and skill.

I understand Derrick has pleaded guilty to federal offense and has taken full accountability for his actions.

In our interactions, Derrick proved himself honest, hardworking, and trustworthy. For instance, when we collaborated on a local Church project facing funding shortfalls, Derrick volunteered extra time without compensation and ensured every detail was handled ethically. He often went out of his way to help colleagues and community members succeed, showing integrity even in challenging situations.

Derrick's influence encouraged me to prioritize fairness in my own work. He has been a positive force, motivating those around him.

While I recognize the offense's severity, I firmly believe Derrick merits leniency and an opportunity for redemption. He has expressed genuine regret and is committed to positive change. His young family relies on him, and a leniecy sentence would enable him to return home quickly, contribute responsibly, and support his family and young children.

I appreciate your thoughtful consideration.

Sincerely,

Akua Agyeiwaa

8th March 2026

13th March, 2026

Judge Subramanian
United States District Judge
Southern District of New York

**CHARACTER LETTER FOR DERRICK VAN YEBOAH**

My name is Priscilla Andoh, and I know Derrick Van Yeboah as the brother of my dear friend, Dorencia Yeboah. When we were planning Dorencia's wedding, Derrick was very instrumental in helping us think through the preparations. As the big brother that he is, and having had his own experience with wedding planning, he offered practical advice on how to prioritize our activities and manage the finances. His guidance was thoughtful and supportive, and he demonstrated genuine care in ensuring that things went smoothly for his sister.

Over the years, Derrick has always been present for his sister, the family at large, and friends, supporting them in any way he can. He is generous, approachable, and often encourages others with kind and uplifting words.

I understand that Derrick has been charged with a serious federal crime and that he has accepted responsibility by pleading guilty. Despite the seriousness of the crime, I am confident that Derrick is deserving of a lenient sentence and deserving of a second chance and for the opportunity to be reunited with his family and young children as soon as possible.

Thank you.

Sincerely,

Priscilla Andoh

To:

The Honorable Judge Subramanian

United States District Judge

Southern District of New York

Re: Character Reference for Derrick van Yeboah

Dear Judge Subramanian,

Apostle Michael Quashie is my name. Am a Missionary, founder and leader of PROJECT ENDTIME MISSIONS. I am a close friend of Derrick Van Yeboah for more than 25 years. We grew up in the same community in Dansoman Accra, Ghana. We shared family events, and supported each other through life's ups and downs. Derrick has been like family to me. He has supported our missions work all this years by Providing items like(foodstuffs, clothes, shoes, drinks) and many more which I can't mention very month. Derrick's absents this time around has make things difficult for our Missionary to organise.

Myself and the Missionary are fully aware that Derrick has pleaded guilty to a serious federal offense and he has accepted responsibility, and we do not minimize the gravity of what occurred or the harm caused.

Yet, in our experience, Derrick is a kind, generous man who consistently puts others first. When my wife was ill several years ago, Derrick organized meals for our family, drove us to appointments, and even helped with expenses—no questions asked, no expectation of repayment. He has mentored young people in our Missionary and neighborhood, encouraging them to pursue education and avoid trouble. His decency shines in small, everyday ways: checking on elders, sharing what little he has, and always offering a listening ear.

Derrick has positively shaped our life by teaching us resilience and compassion. His support during my own hardships gave me strength to keep going.

Despite the seriousness of this offense, I and the entire Missionary are convinced Derrick deserves a lenient sentence and a true second chance. He is deeply remorseful, has young children who need their father, and his family is enduring immense pain from this separation. Reuniting him with them soon would allow him to rebuild, make amends, and live as the responsible man I know he can be.

Thank you for considering our perspective.

Respectfully,

Apostle Michael Quashie

10th March 2026

 **Outlook**

---

## Fwd: Attestation letter for Derrick Van Yeboah

---

**From** CHARLES OFOSU ASARE <ofosuasarecharles@gmail.com>

**Date** Sun 3/8/2026 6:58 PM

**To**      jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

---------- Forwarded message ---------
From: **CHARLES OFOSU ASARE** <ofosuasarecharles@gmail.com>
Date: Sun 8. Mar 2026 at 18:48
Subject: Attestation letter for Derrick Van Yeboah

Charles Ofosu Asare

Lütten Hall 5

25469, Halstenbek, Germany

The Honorable Judge Subramanian

United States District Judge

Southern District of New York

Dear Judge Subramanian,

My name is Charles Ofosu Asare and I am writing in support of Derrick Van Yeboah. I have known Derrick for 5 years as a family friend and during this time I have come to know him as a thoughtful, caring, and dependable individual.

I fully understand that Derrick has been charged with a serious federal crime and that he has pled guilty and accepted responsibility for his actions. I do not take the seriousness of this matter lightly. However, my experiences with Derrick over the years have shown me a side of him that reflects his true character—one defined by kindness, integrity, and genuine concern for others.

In my personal interactions with Derrick, he has consistently demonstrated generosity and loyalty. He has always been the type of person willing to help others without hesitation. Whether it was supporting friends during difficult moments, offering guidance, or simply showing up when someone needed help, Derrick has proven himself to be a compassionate and dependable person. One of the qualities I most admire about him is his dedication to the people he cares about, particularly his family and children, whom he deeply loves and strives to support.

Derrick has also had a positive influence on my own life. His encouragement, optimism, and willingness to support those around him have made a lasting impression on me. I have always seen him try to uplift others and work toward being a better person, which is why this situation has been so difficult for those of us who know him well.

Despite the seriousness of the offense, I firmly believe that Derrick deserves a second chance. I am confident that he has the capacity to learn from this experience and continue growing as a person. I respectfully ask the

Court to consider a lenient sentence that will allow him the opportunity to return to his family and young children as soon as possible. His presence in their lives is deeply important, and I believe he can still contribute positively to his family and community.

Thank you for taking the time to consider my letter and my perspective on Derrick's character.

Sincerely,
Charles Ofosu Asare

Lütten Hall 5
25469, Halstenbek

017680705751
Ofosuasarecharles@gmail.com

**Outlook**

## Character Letter Assistance for MR DERRICK VAN YEBOAH

**From** Cyrus Mint <cyrusmm1961@gmail.com>

**Date** Mon 3/9/2026 1:12 PM

**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

To Whom It May Concern,

My name is Daniel Martey Mensah, and I am honored to write this letter on behalf of Derrick Van Yeboah. I have known Derrick for many years and consider him not only a friend but someone whose character I truly respect.

I understand the seriousness of the charges against him and that he has accepted responsibility for his actions. While this situation is difficult, it does not erase the many positive qualities he has demonstrated throughout his life.

Derrick has always been someone who cares deeply about others. He is generous, supportive, and always willing to help when someone is struggling. He is also a devoted father to his four children and shares a very close bond with them. Many times he personally takes them to school, spends time with them at playgrounds, and makes sure they feel loved, supported, and guided in their daily lives.

In addition to caring for his own children, Derrick also shows compassion to other children in need. He has visited orphanages and provided support to the children there whenever he could. I have also known Derrick to help poor people at hospitals who cannot afford their medical bills, including mothers who have just given birth and patients who cannot pay for their treatments. His willingness to step in and help people during such difficult moments shows the depth of his kindness and generosity.

Derrick's presence in my life has been a positive one. His encouragement and kindness have helped me through difficult times, and I know many others who feel the same way.

Despite the seriousness of the offense, I sincerely believe Derrick deserves a second chance and a lenient sentence. He is a devoted father who loves his children deeply, and I believe being reunited with them as soon as possible would allow him to continue being a guiding presence in their lives.

Please consider his character, his compassion for others, and the positive impact he has had on many people's lives.May God Bless.

Respectfully,
Daniel Martey Mensah.

 **Outlook**

---

**Character Reference for MR DERRICK VAN YEBOAH**

---

**From** Daniel Martey Mensah <cyrusmm1961@gmail.com>
**Date** Mon 3/9/2026 1:32 PM
**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

Daniel Martey Mensah.
Accra,Ghana.
Cyrusmm1961@gmail.com

The Honorable Judge Arun Subramanian
United States District Court
Southern District of New York

Dear Judge Subramanian,

My name is Daniel Martey Mensah, and I am honored to write this letter on behalf of Derrick Van Yeboah. I have known Derrick for many years and consider him not only a friend but someone whose character I truly respect.

I understand the seriousness of the charges against him and that he has accepted responsibility for his actions. While this situation is difficult, it does not erase the many positive qualities he has demonstrated throughout his life.

Derrick has always been someone who cares deeply about others. He is generous, supportive, and always willing to help when someone is struggling. He is also a devoted father to his four children and shares a very close bond with them. Many times he personally takes them to school, spends time with them at playgrounds, and makes sure they feel loved, supported, and guided in their daily lives.

In addition to caring for his own children, Derrick also shows compassion to other children in need. He has visited orphanages and provided support to the children there whenever he could. I have also known Derrick to help poor people at hospitals who cannot afford their medical bills, including mothers who have just given birth and patients who cannot pay for their treatments. His willingness to step in and help people during such difficult moments shows the depth of his kindness and generosity.

Derrick's presence in my life has been a positive one. His encouragement and kindness have helped me through difficult times, and I know many others who feel the same way.

Despite the seriousness of the offense, I sincerely believe Derrick deserves a second chance and a lenient sentence. He is a devoted father who loves his children deeply, and I believe being reunited with them as soon as possible would allow him to continue being a guiding presence in their lives.

Please consider his character, his compassion for others, and the positive impact he has had on many people's lives. God bless you.

Respectfully,
Daniel Martey Mensah.

 **Outlook**

---

**A letter for Derrick Van Yeboah**

---

**From** barbara yeboah <bbyeboah29@gmail.com>

**Date** Fri 3/6/2026 3:40 PM

**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

Judge Subramanian
United States District Judge
Southern District of New York

Dear Judge Subramanian,

My name is Barbara Yeboah, and I am writing in support of Derrick Van Yeboah. I have known Derrick for many years as a close family member and friend, and I know him to be a caring, respectful, and responsible person who values his family deeply.

I understand that Derrick has been charged with a serious federal offense and that he has accepted responsibility for his actions. I do not take the seriousness of this matter lightly. However, I believe this mistake does not represent the true character of the person I have known for years.

Derrick has always shown kindness and generosity to those around him. He is someone who stands by his family and supports others whenever they are in need. He has been a positive influence in my life and in the lives of many people who know him. His love and commitment to his family, especially his young children, is something that has always stood out about him.

I truly believe Derrick is capable of learning from this experience and moving forward in a better direction. He is a good person who deserves the opportunity to rebuild his life, support his family, and continue being a responsible father and member of society.

With respect, I ask the Court to consider a lenient sentence and allow Derrick the chance to return to his family as soon as possible. I believe he deserves a second chance and the opportunity to prove that he can grow from this difficult moment.

Thank you for your time and consideration.

Respectfully,

Barbara Yeboah

Redco Old Block Lane 9.

 Madina, Accra. Ghana.

Tel: - +2330509577378

To:

The honorable Judge Subramanian

United States District Judge

Southern District of New York

**Subject: Character reference letter for Derrick van yeboah**

 Dear Judge Subramanian,


My name is Esther Adobea Agyekum,  a nurse in Accra, Ghana. I am the sister in-law who has know Derrick van yeboah for over 15 years. I have come to know Derrick van yeboah as a person with many good character for people who has been with him.

It has come to my notice that Derrick van yeboah has been charged with a serious federal offense and he has accepted responsibility for that charges. I have recognised how serious the matter is, I will like to share my personal encounter with Derrick van yeboah's character.

For the 15 years that I have known him, Van has shown generosity and high level respect to both children and the elderly. His genuine concern for people during difficult times and situations is different.

 Derrick van yeboah has also had a good influence on me personally. His advice and support for me during my nursing training as student nurse. He even extended that support to other nurses in my school. He is also someone who values  family and  very supportive of the family.

Knowing the seriousness of the offense at hand. I sincerely believe Derrick van yeboah deserve a second chance. I respectfully on my knees asking the court to consider a lenient sentence so he may again reunite with his family and children very soon.

Thank you for considering my perspective.


Respectfully

Esther Adobea Agyekum

8th March 2026

MRS Freda Adu

23 Oak Courts

Morden

SM4 4AD

6 March 2026


The Honorable Judge Subramanian

United States District Judge

Southern District of New York


Re: Character Reference for Derrick Van Yeboah


Dear Judge Subramanian,


My name is Mrs. Freda Adu, and I have known Derrick Van Yeboah through my daughter, Maya Boateng, and during our visits to Ghana. Over the years, I have observed Derrick's kindness and friendliness, especially toward my grandchildren, who often visit his home to play. I have seen him patiently play games with them, help with small tasks, and always ensure they feel safe and welcome. His care and attention have left a lasting positive impression on my family.


Derrick is also a very generous person who helps those in need whenever he can. I remember one occasion in Ghana when a neighbor's family was struggling, and Derrick personally assisted them with food and basic necessities, without seeking any recognition. This act of kindness demonstrated his compassion and strong character.


I understand that Derrick has been charged with a serious federal crime, for which he pled guilty and has accepted responsibility. While I recognize the gravity of this matter, I would like to share my personal experience with him. Derrick is a kind, respectful, and trustworthy man. He treats others with decency and integrity in all his interactions.

Derrick has had a meaningful, positive influence on my family, particularly in how he interacts with children. His warmth, guidance, and generosity have been appreciated, and his presence brings a sense of safety, respect, and friendliness.

Despite the seriousness of his crime, I am confident that Derrick is deserving of a lenient sentence and a second chance. I sincerely hope that he will have the opportunity to be reunited with his family and young children as soon as possible, so he can continue to contribute positively to their lives and the community.

Thank you for taking the time to consider this letter. Please feel free to contact me if you require any further information.

Yours sincerely,

Mrs. Freda Adu

The Honorable Judge Arun Subramanian,
United States District Court,
Southern District of New York.
(+233 24 712 6551)

The Honorable Judge,

My name is Emmanuel Ofori, also known as Gabby. I am a barber by profession, and I owe my life to Mr. Derrick Van Yeboah. He rescued me from a life of addiction and helped me become the person I am today.

When I was struggling with drugs, Derrick paid for my rehabilitation program and supported me in getting back on my feet. He rented a place for me and my widowed mom, and even helped me set up my barber shop. Because of him, I'm able to take care of myself and my mom.

I know Derrick has pleaded guilty to a serious offense, but I beg you to have mercy on him. He's a good man who has positively impacted many lives, including mine. Without him, I wouldn't be alive today.

Derrick Van Yeboah is a kind and generous person and heaven bears me witness . I'm pleading with you to consider his contributions and grant him lenient sentence.Thank you for listening to my humble plea.

Sincerely,
Emmanuel Ofori(Gabby)

DAVID K GAMADI

NII ASHALEY ADOTEY STREET

GA-4813080

E-mail: davidgamadi89@gmail.com

DANSOMAN SHIABU

10th MARCH 2026

Ref:Character Reference For Derrick Van Yeboah

To:

The honourable judge subrananian

United States District of New York

Dear Judge Subrananian,

My name is David K Gamadi  is quiet unfortunate that Derrick Van Yeboah found himself in this situation. Your honor I have known Mr Yeboah for a very long time.

Am a professional dancer who was struggling back then. even what eat for myself and my family was a very hard.he fed me gave me shelter and  helped me pay my daughters school fees.he Sponsored my dance career.

 Now I have more students I train in my dance academy both kids and adults. He's very humble and a kind person. He actually payed for my daughters surgery, if not for his love for humanity my daughter would not be alive today

Your honor understand he has been charged with a federal crime case which  he pled guilty. The law is the law and no one is above it.

Please your Honor I know this is a very delicate and serious case. But am pleading on his behalf that you have a little sympathie with his sentence your honor

Your honor am confident that if you give him a second chance it will encourage him to be a better person and this will impact is humanitarian love in the society once again.

thank you.


Your sincerely

**DG**

David K Gamadi

Gideon Nii Ayi Hammond,

P.O. Box kn1144,

North Dzorwulu

+233 544 581 014

nii8468@gmail.com

Accra Ghana

March 7, 2026.


Judge Subramanian,

United States District Judge,

Southern District of New York.


Dear Judge Subramanian,


**CHARACTER REFERENCE FOR MR. DERRICK VAN YEBOAH**


I Mr. Gideon Nii Ayi Hammond humbly ask your good office that you show utmost leniency in your choice of a sentence with respect to Mr. Derrick Van Yeboah's legal case. I am appealing and pleading for your clemency as a friend of "Van" as I call him.I am aware of his plea to this crime. I can assert with conviction that In all my dealings with him, he has always been forthright. Everything Mr. Derrick Van Yeboah has done, he has done in good conscience.

I have known Mr. Derrick Van Yeboah for the past 15 years. When we met at an occasion with my family where he was introduced to me by his parents as a long standing family friend of mine. He has formed a close bond over the years with my family. I quite remember In the year 2012 when my father suffered a devastating eye condition "Van" availed and assisted my family, he immersed himself in our finances from settling medical bills and constant provision of groceries to aid in the day to day running of our home. He also took care of my academic fees at one point and I must admit if it wasn't for his contribution I don't think I would be where I am today. In 2022, Mr. Derrick Van Yeboah informed me of his willingness to take over construction of a church which its members had been struggling to construct. He informed me because of my

particular line of work (real estate management) where he needed some ideas. He was interested in taking over and completing this structure which had a section set aside for the construction of a mission house to accommodate families in this church who are struggling to find a roof.

Subsequent to the completion of the church, Van also in his generosity assisted members of this church financially and also went ahead to pay the school fees of a few people I know as he did with me. In 2024 when this church was completed, van informed me he intended on going further with his willingness toward this project, he went ahead and acquired the furniture, systems and instruments and also to my surprise he made a purchase of a 22kVA generator for the church.

I know his involvement in this crime has taken a substantial toll on him as he has been absent from his wife and children for close to a year. I had hoped somehow the situation was untrue but I believe bad company corrupts good character.

To say the least your honor, I respectfully ask that you consider the preceding information and give him a lenient sentencing so he can rejoin his family soon and continue his charitable works as he's always done.

Thank you for accepting and taking time to read my letter.


Respectfully,

Gideon Nii Ayi Hammond.

ISAAC K D MYERS

14 ANKOBI STREET

ACCRA DANSOMAN

BOX 1902

9th MARCH 2026

To:

The honorable judge Subramanian

United States District Judge

Southern District of New York

Re:Character Reference for Derrick Van Yeboah

Dear Judge Subramanian,

My name is Isaac Kojo Damprani Myers and I have known Derrick Van Yeboah throughout my football career as a very generous and honest person who like to assist young ones who have the talent.

Derrick Van Yeboah has played a very big role in most football players which has had positive impact which I am a living testimony to that.

I understand Derrick is been charged with a serious federal crime which he accepted and pled guilty. With plead I say Derrick is a kind and trustworthy man all neighbors around him feels okay mostly children and single mothers.

Derrick's few days of absence in the community he lives in has really been hard for some of us because he advised us each and everyday on how to live our lives especially we the upcoming ones.

Upon the seriousness of his offense, I can confidently say with plead that Derrick deserves another chance to make things right  with a lenient sentence so he can reunite with his family and community especially the single parents and their children as well to continue his good deeds.

Thank you very much for taking time to consider this letter.

Yours Sincerely



Isaac k d Myers

 Outlook

## CHARACTER LETTER

**From** Kweku Nyarko <kwekunyk@gmail.com>
**Date** Mon 3/9/2026 1:21 AM
**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

Ebenezer Nyarko
kwekunyk@gmail.com
+233207530011
8th March, 2026

CHARACTER REFERENCE FOR MR. DERRICK VAN YEBOAH

Dear Lawyer Jason

My name is Kweku and I am writing this letter as a character reference for my friend Mr. Derrick Van Yeboah, whom I have known for several years. We met through an introduction by my Land Lord when I first moved to this neighborhood. I am an entrepreneur and a neighbor to Mr. Derrick therefore I solemnly stand and believe in every word in this letter.

I recognize and understand that Mr. Derrick has been charged with a serious federal crime and for which he pled guilty and accepted responsibility. While I was deeply saddened and disappointed to learn of his actions, I want to provide the Court with a fuller picture of the man I know beyond this single mistake.

Mr. Derrick has consistently shown himself to be a person of honesty, kindness, and strong work ethic. For example, when my mom passed five years ago, he supported me massively through financial donations and made sure my mom's funeral was done successfully without having any challenges. He also helped me emotionally throughout my grieving phase at the time of my mom's passing. He usually invites me over to his house to keep me in company with lots of laughter and good moments which always uplifted my soul and joy. Not only that, Mr. Derrick has also volunteered every holiday for the past eight years as a day to make donations to our neighborhood in support of feeding the less privileges and helping most of the children in the neighborhood with their financial education needs. These actions are typical of how he treats people in his life.

He has always been reliable and responsible in the community and making sure there is much peace and protection around here. Also, He is a devoted father to his four young children and has had positive impact on his children.

I have seen Mr. Derrick express genuine remorse for what he has done, especially to me personally. He has told me how sorry he feels and that he is committed to making amends, and also not to repeat such behavior. It's just so funny how predictable he looks when he knows he is in the wrong and how quickly he tries to make up for it or feel remorse about his actions. LOL

I firmly believe he is determined to learn from this experience and will not be before the Court again. I also believe that, despite the seriousness of the crime Mr. Derrick has committed, a sentence that allows Mr. Derrick to continue working, supporting his family, and making positive contributions to the community would give him the best opportunity to become the best person I know he can be. I

respectfully ask the Court to consider this letter when deciding his sentence.

Also, I am happy to answer any questions and can be reached at the phone number or email address above. Thank you for considering my submission.

Sincerely,
Ebenezer Nyarko

The Judge Subramanian

United States District Judge

Southern District of New York

<u>CHARACTER LETTER</u>

My name is Mrs. Mabel Appiah-Danso, and I am a statistician in the public service of Ghana. I have known Derick for many years through my close friendship with his parents, and I was actively involved in his upbringing. I have always regarded him as a son and have known him to be respectful, calm, noble, and consistently generous toward those in need.

I am aware that Derick has been charged with a serious federal crime and has pleaded guilty and accepted full responsibility for his actions. I believe this conduct is not reflective of his true character I am confident that he has genuine repentance for his involvement and recognizes the gravity of the situation.

Personally, I have witnessed Derick demonstrate remarkable kindness and compassion toward children on the streets who were at risk of becoming social deviants. On several occasions, he paid their school fees to help them return to the classroom. He has also been consistently generous to the needy in his community, especially during Christmas festivities, bringing joy to families who cannot fend for themselves. He is a good and decent person who naturally gravitates toward and is often found in the company of noble and upright individuals.

Derick has had a profoundly positive influence on my life. His calm nature, respect for others, and unwavering kindness have always inspired me to be more patient.

Despite the seriousness of the crime for which he has accepted full responsibility, I firmly believe that he deserves a lenient sentence. I am confident that he is worthy of a second chance, not only for his own growth but also for the wellbeing of his young children.

Considering all these, I respectfully appeal to the Court to consider the totality of Derick's character, his genuine remorse, and the profound impact this situation has already had on him and his young children.

Yours Sincerely,

Mabel Appiah-Danso



Ghana Statistical Service

P. O. Box1098

Accra - Ghana

8th March, 2026

Race Course
Accra

Judge Subramanian
United States District Judge
Southern District of New York

Dear Sir/Madam,

## SUPPORTING MR. DERICK VAN YEBOAH'S GOOD CHARACTER & PLEA FOR LENIENT SENTENCE

My name is Mr. Daniel Nii Boye Martey, and I am the uncle of Mr. Derick Van Yeboah who is more of a son to me.

It is unfortunate that my nephew has found himself on the wrong side of federal law, having been charged with a serious crime.

Derick Van Yeboah has always been known to be upright and responsible individual. There have been several occasions where he has personally reported, and even led, the police to dismantle ghettos where young people gathered to engage in drug use. His actions brought sanity and safety to areas that were once considered dangerous. He has also supported many drug addicts in overcoming their addictions, consistently encouraging those around him to choose the right path. It is therefore deeply regrettable to see Derick found culpable of an offence, considering that he has spent much of his life advocating for what is right. In light of the above, I firmly believe that if Derick is granted a second chance, he will amend his ways and emerge as a better person than before. I respectfully appeal for a lenient sentence, especially for the sake of his young children who need their father.

Yours sincerely,

**Daniel Nii Boye Martey**

 **Outlook**

---

## Character Reference For Derrick Van Yeboah

---

**From** matilda van yeboah <matildavan200@gmail.com>

**Date** Mon 3/9/2026 3:03 PM

**To** jg@jasongoldmanlaw.com <jg@jasongoldmanlaw.com>

To:
The Honorable Judge Arun Subramanian
United States District Judge
Southern District of New York

CHARACTER REFERENCE LETTER FOR DERRICK VAN YEBOAH

Dear Judge Subramanian,

I am Matilda Van Yeboah(Mrs), the wife of Derrick Van Yeboah. And we have been married for thirteen years now with four young children. I knew Derrick four years before we got married through his respect, generosity, care giving, kindness and he being calm I witnessed.

I perfectly understand Derrick has been charged with a serious federal offense and he has pleaded guilty. My husband takes responsibility of his actions. I recognize the seriousness of this situation, but I would like to share my experience since I got to know my husband Derrick over the years we have been together and even before.

Derrick is a calm young man who respects everyone being a child or an elderly person. He is generous, kind, respectful, peaceful, caring and he treats everyone with humanity and compassion. Derrick has been a very good young man since I met him. Derrick provided for the needy.

He goes to several orphanage homes twice every year to offer them help with the things they needed. He provides for the elderly, widows, widowers, children and even some of the youth in our community. He goes out of his way to make sure people needs are met in anyway he can assist. He paid for surgeries for some of the people in our community. A lot of children and youth are in school because of Derrick. I learnt from Derrick's parents and his childhood friends that he offering help and being generous is from his childhood.

Derrick has had a positive influence on a lot of people. He makes sure there's peace among people around him. His calmness, respectfulness and he taking responsibilities made me accepted him to be his wife.

Derrick's absence has really been felt. Last Christmas didn't go well for most people in our community and the orphanage homes especially the elderly ones which was really sad upon hearing what they

---

told me. And we as his family. Most of people that Derrick paid their school fees are dropping out of school because their parents can't afford to pay the tuition fees since Mr Van as the call him is not around to continue paying  for them. And some of these parents are single mothers, grandparents and single fathers.

Despite the seriousness of this offense, I sincerely believe Derrick needs a second chance. I humbly and respectfully request a lenient sentence for my husband Derrick so he may get the opportunity to rebuild his life and be united again with his young kids who are very close to him and his family.

With a grateful heart I say thank you for taking the time out of your busy schedule to consider my perspective.

Respectfully,

Mrs Matilda Van Yeboah

9th March, 2026

**10th March 2026**

**Judge Subramanian**
United States District Judge
Southern District of New York

Dear Judge Subramanian,

### Character Reference for Derrick Van Yeboah

I am writing this letter as a character reference for Derrick Van Yeboah. I am a 47-year-old Ghanaian woman, a development practitioner, and a mother of three. I have known Derrick for over ten years as a family friend.

I am aware that Derrick has pleaded guilty to his involvement in an international criminal organization responsible for defrauding victims through romance scams and business email compromise schemes. I fully recognize the seriousness of these offenses and the harm caused to the victims.

Over the years that I have known Derrick; I have experienced him as a calm and respectful individual. One of the qualities that stood out to me was his generosity toward people in need. I first became aware of this through his consistent efforts to support vulnerable individuals in his community during the Christmas season. Witnessing these acts of kindness inspired me personally and encouraged me to also begin supporting people in need within my church and extended family.

While I do not excuse the wrongdoing for which he has accepted responsibility, I respectfully ask the Court to consider the positive aspects of Derrick's character when determining his sentence. I humbly appeal for leniency, with the hope that he will have the opportunity to return to his family and play a meaningful role in the lives and upbringing of his children.

Thank you for taking the time to consider this letter.

Yours faithfully,

**Mercy Tuffour**

To:

The Honorable Judge Subramanian

United States District Judge

Southern district of New York

Subject: Character Reference For Derrick Van Yeboah

Dear Judge Subramanian,

I am Miss Mercy Boateng, Am a Teacher by profession base in Accra but recently moved to Kumasi, Ghana. I was a Teacher to Derrick Van Yeboah's young children, and I have known him 20 years before he enrolled his wards in our school. We grew up togetherand leaned on each other as family.

I know Derrick has pleaded guilty to serious federal charges. He has owned his mistakes completely, and we all feel the weight of the pain caused.

Derrick has always been the heart of his and my family—gentle, protective, and selfless. When my grandmother passed, he helped me to coordinate everything, comforted us, and ensured no one felt alone. He adores his young children, reading to them nightly, teaching values, and being their biggest cheerleader. His generosity extends beyond family; he's helped neighbors quietly during tough times.

Derrick has inspired me to be more patient and loving. His warmth has been a constant light in our lives.

Despite the seriousness of the Offense, Derrick's remorse is profound—he weeps over the hurt he's caused. I respectfully plead of the court to consider a lenient sentence and a second chance to heal his family. His young children ask daily when he'll return; the separation devastates them. Please allow him to reunite with us soon, rebuild through honest means, and prove his better self as soon as possible.

With deepest respect and hope,

Miss Mercy Boateng

10th March 2026

The Honorable Judge Subramanian
United States District Judge
Southern District of New York

Dear Judge Subramanian,

My name is Stephinie Osei Dwumfour and I am writing this letter to respectfully provide a character reference for Mr. Derrick Van Yeboah.

I have known Derrick Van Yeboah since 2014. I first met him through his sister, Dorencia Yeboah, who is a close friend of mine and more like a sister. Dorencia and I attended Central University together, and through our friendship I frequently visited their family home, which is how I came to know Derrick. Over the years, I have known him to be a kind, generous, and compassionate person.

About seven years ago, I experienced a very difficult period in my life when I was asked to leave my family home and had nowhere stable to stay. During that time, Derrick stepped in to help me even though he had no obligation to do so. Out of kindness and concern for my well-being, he rented a one-bedroom apartment in Accra for me so that I would have a safe place to live. That act of generosity provided me with stability at a very vulnerable moment in my life.

Because of the support he gave me during that time, I was able to rebuild my life and move forward. Opportunities began to open up for me, and I often reflect on how differently my life might have turned out if Derrick had not helped me when he did. His kindness made a profound and lasting positive impact on my life, and I remain deeply grateful for it.

I understand that Derrick has been charged with a serious federal crime and that he has pleaded guilty and accepted responsibility for his actions. Despite the seriousness of the offense, I sincerely believe that he is remorseful and willing to take responsibility. The Derrick I know is someone who has shown genuine kindness and generosity toward others, and I believe he has the capacity to learn from this experience and move forward in a better way.

For these reasons, I respectfully ask the Court to consider his character and the positive impact he has had on others when determining his sentence. I truly believe he is deserving of a second chance and the opportunity to be reunited with his family and young children as soon as possible.

Thank you for taking the time to read my letter and consider my entreaty.

Respectfully,

Stephinie Osei Dwumfour

To:
The Honorable Judge Subramanian
United States District Judge
Southern District of New York

**Subject: Character Reference Letter for Derrick Van Yeboah**

Dear Judge Subramanian,

My name is Paa Kow Crentsil, a Real Estate Developer and also a Transport Service Operator in Accra, Ghana. I am a childhood friend who has known Derrick Van Yeboah for over 30 years. Over this time, I have come to know Derrick as a person with many positive qualities and strong concern for those around him.

I understand that Derrick has been charged with a serious federal offense and that he has accepted responsibility for his actions. While I recognize the seriousness of this matter, I would like to share my personal experience of Derrick's character.

In the years I have known him, Derrick has consistently shown kindness, generosity, and respect toward others. He has often gone out of his way to support friends, family, and members of the community. I have personally witnessed his willingness to help others and his genuine concern for people in difficult situations. There was a time when a sudent in our class was struggling financially and needed help with basic needs. Derrick did not hesitate to contribute and assist in anyway he could. His willingness to help others without expecting anything in return left a strong impression on me and many others.

Derrick has also had a positive influence on my life personally. His friendship, encouragement, advice and support during difficult times have meant a great deal to me. He has always tried to guide others toward making better decisions. He is someone who values family and strives to be supportive and responsible.

Despite the seriousness of the offense, I sincerely believe Derrick is deserving of a second chance. I respectfully ask the Court to consider a lenient sentence so that he may have the opportunity to rebuild his life and be reunited with his family and young children as soon as possible.

Thank you for taking the time to consider my perspective.

Respectfully,

Paa Kow Crentsil

8th March, 2026

Judge Subramanian
United States District Judge
Southern District of New York


Dear Judge ,

My name is Priscilla Afloe, and I am writing this letter in support of Derrick Van Yeboah. Derrick is my cousin, and I have known him for over twenty years.I have had the opportunity to know him closely both as a family member and as an individual.

I understand that Derrick has been charged with a serious federal offense and that he has accepted responsibility for his actions. While I recognize the seriousness of the situation, I believe it is important for the Court to also know the character of the person many of us have known for years.

Throughout the years, Derrick has consistently shown kindness, humility, and compassion toward others. He has always been willing to support those around him whenever he could.

One moment that stands out to me personally was when Derrick provided financial support to my mother to help her start a small grocery business. That support allowed her to provide for our family and improve our circumstances.

In addition, back in 2014, doctors detected multiple lumps in my breasts and advised that I undergo surgery immediately to prevent the risk of cancer. During that frightening and uncertain time in my life, Derrick stood by me and provided financially .    His kindness and encouragement helped me through one of the most difficult moments I have ever faced.

At another important time in my life, Derrick also helped by paying my university tuition .These acts reflect his generosity and his genuine desire to see others succeed.


Derrick᾽s support and encouragement have had a meaningful impact on my life. Through his actions, he has shown the value of kindness, responsibility, and standing by family members during challenging times. Within our family, he has always been a source of motivation and encouragement.

Despite the seriousness of the offense, I firmly believe that Derrick is a good person who made a mistake and deserves the opportunity for a second chance. He has strong family ties and a deep sense of responsibility toward those who depend on him. I respectfully ask the Court to consider a lenient sentence that will allow him the opportunity to rebuild his life and reunite with his family and young children as soon as possible.

Thank you .

Priscilla Afloe

Queenster Commey
Queensbury Montessori School
Accra, Ghana
6th March 2026

Dear Honourable Judge,

### **RE: Character Reference for Mr. Derrick Van Yeboah**

I write this letter in support of Mr. Derrick Van Yeboah in relation to his sentencing application. My name is Queenster Commey, and I am a teacher at Queensbury Montessori School. I have come to know Derrick through his child, who is a learner at our school.

Throughout the time I have known Derrick, he has consistently demonstrated himself to be a responsible, caring, and supportive father. He shows genuine concern for his child's education and well-being and has always conducted himself respectfully and courteously whenever we interact at the school.

In addition to being a committed parent, Derrick has also shown generosity and kindness toward others in the school community. He has proven himself to be a decent and responsible individual who values family and strives to provide the best for his children.

It is my sincere belief that Derrick deserves a second chance. His presence and guidance are very important to his young children, and I am confident that he will continue to work hard to be a positive role model and provider for his family.

I respectfully ask the Court to consider showing leniency in its sentencing decision so that Derrick may have the opportunity to reunite with his family and continue supporting his children as a responsible father.

Thank you for taking the time to consider my statement.

Yours faithfully,

Queenster Commey
Teacher
Queensbury Montessori School

Dispensational Gospel Mission
P. O. Box KN 1144
Kaneshie-Accra
Ghana
7th March, 2026

Judge Subramanian
United States District Judge
Southern District of New York

Dear Sir/Madam,

**Character Letter**

My name is Rev. Samuel Appiah-Danso and I am writing in respect of Mr. Derrick Van Yeboah, concerning his involvement in the matter of romantic fraud and also a charge against him in your noble court.

I have been a family friend of Mr. Van and his parents for over 30 years, and I have known him personally. I understand Mr. Van has been charged in serous federal crime for which he has pleaded guilty. Honestly speaking, I was surprised when the new was broke to me, because the Van that I know is a good, decent, and God-fearing person. I believe strongly he was lured into the act and might have regretted his actions.

Mr. Van Yeboah has led many to Christ by his normal practice of sharing gospel tracks to people and at many times assisted many financially so that they would be able to go to church. These actions have impacted many lives positively and have brought many to Jesus Christ. I would therefore be glad if the noble Judge will temper justice with mercy by giving Mr. Van a lenient sentence so he could come back to his good works of evangelism and also to reunite with his wife and children since the children are very young and would need the father around them for love, care and training. Mr. Van deserves a second change.

Thank you.

Yours sincerely,

Rev. Samuel Appiah-Danso
(Head Pastor)

Sharon Nelson

PO Box AN 15870

Accra Ghana

18th March 2026

The Honourable Judge Subramanian

United States District Judge

Southern District of New York

Dear Judge Subramanian

My name is Sharon Nelson, and I am writing to you on behalf of my friend, Derrick Van Yeboah, whom I have had the privilege of knowing for the past seven years. I am an Educationist in the school Derrick's children attend, and I offer this letter not to minimize the gravity of the situation before the Court, but to share with you the Derrick I have come to know as a person of genuine character and heart.

I understand fully that Derrick has been charged with a serious federal crime, and I recognize the weight of that. I also know that Derrick himself has acknowledged this — he has accepted responsibility and pled guilty. That decision, difficult as it must have been, speaks to the integrity that I have always known him to possess. He has never been a man to run from accountability.

In the years I have known Derrick, I have witnessed firsthand his generosity and his care for others. He is the kind of person who shows up — not when it is convenient, but when it matters. I have seen him quietly help friends and neighbours without any expectation of recognition or repayment. His giving nature is not performative; it is simply who he is. On more than one occasion, he went out of his way to support people in his circle going through hardship, offering his time, resources, and encouragement freely.

What stands out most to me, however, is the father and family man that Derrick is. His devotion to his children is unmistakable. He is present, attentive, and deeply loving — the kind of parent whose children know without any doubt that they are his priority. Watching him with his family, it is clear that they are his anchor and his greatest source of purpose.

Derrick has had a meaningful and positive influence on my life. His loyalty as a friend, his work ethic, and his commitment to the people he loves have set an example I genuinely admire. He has encouraged me during difficult periods in my own life, and I am a better person for knowing him.

Your Honour, I respectfully ask that you consider the full measure of this man. I am confident that Derrick is deserving of a lenient sentence. He is deserving of a second chance — not because the offense was not serious, but because the person before the Court is capable of genuine redemption and has so much still to give. Most of all, I humbly ask that Derrick be given the opportunity to return to his family and his young children as soon as possible. They need him, and he needs them.

Thank you sincerely for your time and consideration.

Respectfully,

Sharon Nelson

+233243815603

afistone1@gmail.com

Rev. Prof. Joseph Kwadwo Tuffour
P. O. Box WY 1431
Kwabenya-Accra
Ghana
7th March, 2026

Judge Subramanian
United States District Judge
Southern District of New York

Dear Sir/Madam,

**GOOD CHARACTER AFFIRMATION AND LENIENT SENTENCE SUPPORT FOR MR. DERRICK VAN YEBOAH**

I am Rev. Prof. Joseph Kwadwo Tuffour. I am reverend minister of the gospel and an economist with the University of Professional Studies, Accra, a public university in Ghana, serving as the Director of Quality Assurance and full professor of economics at the School of Graduate Studies. I have known Derrick since his infancy, for over 20 years as his parent have been my family friends since growing up. We have had a close family tie and spent time together.

Few months ago, I have been informed about an unfortunate incidence involving Derick and his subsequent charge of federal crimes of fraud. I understand he has remorsefully accepted responsibility.

I was surprised to hear his involvement in such crimes as Derrick Van Yeboah is not noted for such behaviours. He has been known to be a gentle and quite fellow who abide by societal rules and norms. He is loving and caring citizen, characterised by his generosity, particularly his gifts to the needy, vulnerable such as children and the poor during Easter and Christman periods. These he has been doing every year for over 10 years.

I have been impacted by his love for humanity and the poor in society as this has inspired me to begin helping needy but brilliant students (in their academic work) in our community.

At the moment, he has left behind a young family of 4 children and a wife who critically require his support for their development. On the basis of this, I strongly plead for lenient sentence so that he can return quickly to support his family.

From my experience with Derrick, and his good works, how remorseful he has become, how much his children are eager to see him, a lenient sentence will offer him the opportunity to be united with his family and young children.

Thank you.

Yours faithfully,

Rev. Prof. Joseph Kwadwo Tuffour
+233244291579
jktuffour@yahoo.co.uk

I am a close friend of Derick and we have lived in the same vicinity for several years. During this period, I have come to know him as a very gentle, respectful, and peace-loving person. He strongly frowns on activities that could disturb the peace and sanity of our community.

Derick is very affable and approachable. He is always willing to assist people who need help, whether through advice, financial support, or other forms of encouragement. Because of his good nature and generosity, many people within our community hold him in high esteem.

I was therefore very surprised and deeply taken aback when I heard allegations that Derick had been involved in fraudulent activities that led to his extradition to the United State. The Derick I know has always demonstrated honesty, kindness, and concern for the welfare of others. I really got devastated when I learned that he had accepted the allegations against him and had pleaded guilty to the offence.

Despite the allegations against him, I can confidently say that he has been a generous and supportive member of our community. For instance, He once assisted in paying the university fees of my nieces when they gained admission but were financially handicapped to continue their education.

In addition, his generosity and guidance helped some young people in our area who had become addicted to illicit drugs to reform and abandon that habit. His support contributed to a reduction in social vices within our vicinity, since many of these individuals were previously involved in acts such as armed robbery and pilfering.

Based on my personal experience and long association with him, I believe he has positively impacted many lives within our community.

Even though fraud is a serious offence, I respectfully believe that the period Derick has already spent in custody will serve as a strong deterrent, not only to him but also to others who may try engaging in such acts.

I therefore humbly appeal you to temper justice with mercy and grant him a second chance. I am optimistic and firmly believe that he will not repeat such act when freed or given a lenient sentence.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT Y

MDC Certificates

Submitted as an Exhibit



# Certificate of Completion

This certifies that

## DERRICK VAN YEBOAH

completed the following program:

## The National Parenting Program: Phase One

02-10-2026

_____

DATE



G. Matey, Special Population Coordinator

**MDC BROOKLYN**

# Certificate of Completion

**This certifies that**

## DERRICK VAN YEBOAH

**completed the following program:**

## The National Parenting Program: Phase One

02-10-2026

**DATE**



*G. Matey*, Special Population Coordinator

**MDC BROOKLYN**

Scanned with
 CamScanner

# WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: Van Yeboah, Derrick | Register No: 00350-506 | Unit: GB - 42 |
|---|---|---|
| Evaluation Period: August, 2025 – Present | Work Assignment: Food Service #6, Line and Carts | |

Inmate Yeboah is a very hard-working inmate. He is responsible, respectful and reliable. He is always on time for work, neatly dressed and ready to execute his assigned duties without any issues. He has been working in the kitchen for six months, and during this time his exceptional work ethics has earned him a promotion from dish washing to preparing food trays to feed the entire inmate population. He takes initiative and is eager to learn. Inmate Yeboah gets along very well with both staff and inmates.

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_X_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_X_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_X_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_X_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_X_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates          assigned

 Scanned with CamScanner

here. Never makes the same mistake twice.

## F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_X_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

## G. RESPONSE TO SUPERVISION AND INSTRUCTION
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_X_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

## H. ABILITY TO WORK WITH OTHERS
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_X_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

## I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_x_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

## J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ____ 1  _X_ 2 _3  _ 4  __ M.

2. Hours of Satisfactory work _____175_____

3. Regular Pay _____$50.00_____

4. Bonus Recommended: _x_ yes; _____ no

5. Total Pay_____

| Supervisor's Signature: S. Nyanor | Date | |
|---|---|---|
| *Nyanor* | | January 25,2026 |
| Inmate's Signature | Date | |
| X | | January 25,2026 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
| | |

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER