

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 8, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Derrick Van Yeboah*, 23 Cr. 263 (AS)

Dear Judge Subramanian:

In advance of the July 14, 2026 sentencing of defendant Derrick Van Yeboah, the Government submits this supplemental letter attaching a victim impact statement from J.W., who Van Yeboah personally romance-scammed. The Government respectfully requests that the victim statement be received by the Court under seal in order to protect the privacy of the victim.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ _____

Kevin Mead
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2211 / -2284

CC:  Counsel of Record (by ECF)