# <u>Supplemental Exhibit</u>

# <u>(filed under seal)</u>