UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DERRICK VAN YEBOAH,

Defendant.

23-cr-263 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Due to a scheduling conflict, the sentencing previously scheduled for July 21, 2026 is hereby ADJOURNED to Tuesday, July 28, 2026, at 2:00 PM.

SO ORDERED.

Dated: July 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge